# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 21, 2017

## NO. 03-17-00351-CV

**Kelli Charise Sharpley, Appellant**

**v.**

**Michael Alan Sharpley, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court. Kelli Charise Sharpley has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.